# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF TEXAS

**3-16 CR - 5 5 3 - K**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 DEC 15 AM 9: 59

### Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Tyrone Dremain Brown |
| Case No.: | TO BE ASSIGNED |
| Name of Sentencing Judge: | U.S. District Judge Richard A. Schell (Case reassigned to U.S. District Judge on Marcia A. Crone March 14, 2016) |
| Date of Original Sentence: | January 5, 2005 |
| Original Offense: | Conspiracy to Possess with Intent to Distribute Cocaine Base (Crack Cocaine), 21 U.S.C. § 846 |
| Original Sentence: | 151 months in custody, 5 year term of supervised release |
| | 10/21/2008: Custody reduced to 121 months pursuant to 18 U.S.C. § 3582 (c)(2) |
| | 02/07/2012: Custody reduced to 120 months pursuant to 18 U.S.C. § 3582 (c)(2) |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | November 13, 2014 |
| Assistant U.S. Attorney: | Tracey Batson |
| Defense Attorney: | Donald Lee Bailey (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Tyrone Dremain Brown is being supervised by Senior U.S. Probation Officer Darwin Shaw in the Dallas Division of the Northern District of Texas. On September 5, 2015, in Hunt County, Texas, Tyrone Dremain Jimerson (aka Tyrone Brown) violated these conditions of supervised release when he operated a motor vehicle in a public place while intoxicated, as evidenced by his arrest by officers of Texas Department of Public Safety, Texas Highway Patrol Division, for Driving While Intoxicated>=0.15, a Class A misdemeanor in violation of Texas Penal Code § 49.04. On January 14, 2016, Mr. Jimerson (aka Mr. Brown) pleaded no contest in the Cause No. CR1501043, in the County Court at Law No. 2 Hunt County, Texas. He was sentenced to 275 days jail, probated to 24 months. In addition, he received a $600 fine, $412.10 court costs, and $510 appointed attorney fee. In response to this conduct, Mr. Brown was placed in substance abuse treatment prior to the Hunt County disposition. He successfully completed the treatment. In addition, his state probation officer informed that Mr. Jimerson (aka Mr. Brown) remains compliant with his conditions of state probation.

The Eastern District of Texas, Beaumont Division, has agreed to transfer jurisdiction and the probation officer would respectfully request that transfer of jurisdiction in Case No. 4:04-CR-00106(8), Eastern District of Texas, Beaumont Division, be accepted by the Northern District of Texas, Dallas Division, so that any further violation conduct may be handled locally in the interest of justice.

## II.

The probation officer recommends the following action for the Court to consider:

Jurisdiction of Case No. 4:04-CR-00106(8), Eastern District of Texas, Beaumont Division, be transferred to the Northern District of Texas, Dallas Division. Attached are copies of the Probation Form 22, Transfer of Jurisdiction, to be signed in order to complete the process.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on December 14, 2016

s/Darwin Shaw
Senior U.S. Probation Officer
Dallas
Phone: 214-717-1304
Fax: 214-753-2570

Approved,

s/Natalie Vallandingham
Supervising U.S. Probation Officer
Phone: 214-753-2487

**Order of the Court:**

☑ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_Ed Kinkeade_
Ed Kinkeade
U.S. District Judge

12/14/2016
Date

DS

* Attachment